IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-061-RLV-DCK

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | ORDER |
| TRIPPLE J FRAMING, INC., ) ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice Pro Hac Vice" (Document No. 6) filed by John C. Millberg on July 18, 2012, concerning Blake A. Palmer. Mr. Palmer seeks to appear as counsel *pro hac vice* for Plaintiff.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Palmer is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff.

Signed: July 18, 2012

David C. Keesler
United States Magistrate Judge