IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.: 5:12CV61-RLV

| | |
|---|---|
| **CRUM & FORSTER SPECIALTY INSURANCE COMPANY,** Plaintiff, | ) ) ) ) |
| v. | ) **O R D E R** ) |
| **TRIPPLE J FRAMING, INC.,** Defendant. | ) ) ) ) |

**THIS MATTER** is before the Court on its own motion to inquire as to the status of litigation.

On May 22, 2013, this matter was ordered **STAYED** in favor of parallel litigation in South Carolina, namely, an action commenced in the Circuit Court of the Ninth Judicial Circuit of the State of South Carolina pursuant to the Uniform Declaratory Judgment Act, S.C. Code § 15-53-10, et seq. *See Tripple J Framing, Inc., et al. v. Crum & Forster Specialty Ins. Co., et al.*, Case No.: 2012-CP-10-4895 (the "SC Declaratory Judgment Action"). (Doc. 18). <u>Significantly, the Court's May 2013 Order directed the parties to submit and file quarterly Status Reports to keep the undersigned apprised of developments in the related South Carolina litigation</u>.[1] Id.

The parties submitted an initial Joint Status Report on August 21, 2013 and advised that the SC Declaratory Judgment Action has now also been stayed by consent of the parties pending an appellate ruling on a summary judgment decision in yet another ancillary South Carolina case, Case No. 2009-CP-10-1646. (Doc. 19). The parties represent that the appellate decision in Case No. 2009-CP-10-1646 may render the other lawsuits moot. Id.

---

[1] At that time, it was noted that there were three different lawsuits pending in two different states. (Doc. 18, 2).

The parties have not filed a Status Report since August 2013.

**IT IS, THEREFORE, ORDERED** that the parties are hereby directed to file a Status Report **on or before Friday, May 30, 2014**.

Signed: May 15, 2014

Richard L. Voorhees
United States District Judge