IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.: 5:12CV61-RLV

| | | |
|---|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **O R D E R** |
| TRIPPLE J FRAMING, INC., | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on its own motion to require an update as to the status of this litigation, as well as the parallel litigation in South Carolina in the Circuit Court of the Ninth Judicial Circuit of the State of South Carolina pursuant to the Uniform Declaratory Judgment Act, S.C. Code § 15-53-10, *et seq*. *See Tripple J Framing, Inc., et al. v. Crum & Forster Specialty Ins. Co., et al.*, Case No.: 2012-CP-10-4895 (the "SC Declaratory Judgment Action").

**IT IS, THEREFORE, ORDERED** that the parties are hereby directed to file a Status Report **on or before Monday, June 1, 2015**.

Signed: May 6, 2015

Richard L. Voorhees
United States District Judge