IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:12-cv-00061-RJC-DCK

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>TRIPPLE J. FRAMING, INC.,  )<br>)<br>Defendants.  )<br>) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on its own motion to inquire as to the status of this litigation. This litigation involves Plaintiff Crum & Forster Specialty Insurance Company's ("Crum & Forster") request for a declaratory judgment as to its duty, under an insurance policy it issued to Defendant Tripple J Framing, Inc. ("Tripple J"), to defend or indemnify Tripple J in a South Carolina state court proceeding. See (Doc. No. 1). On May 23, 2013, this Court stayed this litigation pending resolution of a similar declaratory judgment action, initiated by Tripple J, in a South Carolina state court. (Doc. No. 18). Since this Court's May 23, 2013 order, the Court has required the parties to file periodic status reports and the parties have complied with the Court's orders. See (Doc. Nos. 19, 23-39). Most recently, Crum & Forster filed a status report on August 11, 2017, indicating that the South Carolina Supreme Court granted certiorari to review the matter and would likely consider the case in its September 2017 term. (Doc. No. 39 at 1–2).

More than three months having elapsed since the filing of the last status report. The Court **ORDERS** the parties to file, jointly if possible, a Status Report within two weeks of this order. In the alternative, the parties may file a Stipulation of Dismissal within two weeks of this order.

**SO ORDERED.**

Signed: March 29, 2018

Robert J. Conrad, Jr.
United States District Judge